UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Estate of Luqman A. Abdullah,

                  Plaintiff(s),

v.                                        Case No. 2:12–cv–14766–LPZ–MJH
                                           Hon. Lawrence P. Zatkoff

Unidentified FBI Agents,

                  Defendant(s).

_____

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Unidentified FBI Agents

   The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                           DAVID J. WEAVER, CLERK OF COURT

                                           By: s/ D. Tyler
                                                Deputy Clerk

Dated:  January 15, 2013